# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-18616-AMC

CHRISTINA MARIE KAHLBOM

1003 PAINTERS CROSSING

CHADDS FORD, PA 19317

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    CHRISTINA MARIE KAHLBOM

    1003 PAINTERS CROSSING

    CHADDS FORD, PA 19317


Counsel for debtor(s), by electronic notice only.

    STANLEY E. LUONGO JR
    LUONGO BELLWOAR LLP
    213-215 WEST MINER ST
    WEST CHESTER, PA 19382

                                            /S/ William C. Miller

Date: 8/3/2017                                        _____
                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee