United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18616-amc
Christina Marie Kahlbom                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Sep 25, 2017
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2017.
db          +Christina Marie Kahlbom,    1003 Painters Crossing,    Chadds Ford, PA 19317-9634

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2017 at the address(es) listed below:
        MARC A. ZAID    on behalf of   Marc A Zaid zaidesq@cs.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Pennsylvania Housing Finance Agency
         bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN    on behalf of Creditor    Painters Crossing Condominium Association
         scottfwaterman@gmail.com, scottfwaterman@gmail.com
        STANLEY E. LUONGO, JR.    on behalf of Debtor Christina Marie Kahlbom
         stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                                                                              TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Christina Marie Kahlbom | : | Chapter 13 |
| | : | |
| Debtor | : | No. 16-18616-amc |

## STIPULATED ORDER

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The Debtor acknowledges that as of September 18, 2017 she owes the Painters Crossing Condominium Association ("Painters Crossing") the amount of $1,355.00 representing post petition assessments, bankruptcy costs and bankruptcy attorney's fees through September, 2017.

2. By September 18, 2017 the Debtor shall pay $1,355.00 in a lump sum to Painters Crossing to cure the arrears.

3. Commencing October 1, 2017 the Debtor shall resume making monthly post-petition payments to Painters Crossing (presently in the amount of $566.00 a month, but subject to future changes) due on the first of each month and shall remain current on all post petition obligations.

4. In the event Debtor fails to timely make the payments under Sections 2 or 3 above or if the case is converted to Chapter 7, the Moving Party shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within TEN (10) days of the date of said notice. If Debtor should fail to cure the default within TEN (10) days, the Moving Party may file a Certification of Default with the Court and the Court shall enter an Order granting the Moving Party relief from the automatic stay to proceed to collect the post

petition assessments due and owing and to enforce its statutory lien on the debtor's premises, including, but not limited to its right to take possession of the premises. The Debtor is only entitled to receive a total of two (2) default notices during the remainder of the debtor's bankruptcy. Should the debtor be in default a third time, the Moving Party may immediately file the Certification of Default without mailing a default notice, and the Court shall enter said Order.

5. The provisions of this stipulation do not constitute a waiver by the Moving Party of its right to seek reimbursement of any post petition amounts not included in this stipulation, including fees and costs, due under the terms of the Condominium Association Declaration of Covenants & Easements and By-Laws, and applicable law.

6. The parties agree that a facsimile signature shall be considered an original signature and counsel certify that they are authorized to execute this stipulation behalf of their clients.

Date: September 5, 2017

*s/s Scott F. Waterman*
SCOTT F. WATERMAN, ESQUIRE
Attorney for Movant

Date: September 18, 2017

*/s/ Stanley E. Luongo, Jr.*
STANLEY E. LUONGO, JR. ESQUIRE
Attorney for Debtor

Approved by the Court this 25th day of September, 2017. However, the court retains discretion regarding entry of any further order.

BY THE COURT:

_____
Ashely M. Chan, Bankruptcy Judge