United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-18616-amc
Christina Marie Kahlbom                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett        Page 1 of 2        Date Rcvd: Nov 29, 2017
                             Form ID: pdf900         Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2017.
db            +Christina Marie Kahlbom,    1003 Painters Crossing,    Chadds Ford, PA 19317-9634
NONE          +Marc A Zaid,    Marc A. Zaid,Esq., P.C.,    2200 Renaissance Boulevard,Suite 270,
               King of Prussia, PA 19406-2774
cr            +Painters Crossing Condominium Association,    c/o Scott F. Waterman,    110 W. Front Street,
               Media, PA 19063-3208
13836847      +Anesthesia Associates of Chester County,    c/o Del-Ser, Inc.,    P.O. Box 329,
               Willow Street, PA 17584-0329
13836848       Best Buy/Citibank,    P.O. Box 4613023,    Escondido, CA 92046
13836853      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:  Home Depot,    Processing Center,    Des Moines, IA 50364-0500)
13857652       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13836850       Capital One Bank (USA), N.A.,    Bankruptcy Claims Servicer,    P.O. Box 30285,
               Salt Lake City, UT 84130-0285
13836851      +Delaware County Community College,    901 S. Media Line Road,    Attn: Student Accounting,
               Media, PA 19063-1094
13836852      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13836854      +Macy's,    Bankruptcy Processing,    P.O. Box 8053,    Columbus, OH 43201-0053
13836855      +Mohela/Dept. of Education,    633 Spirit Drive,    Chesterfield, MO 63005-1243
13836856      +Painters Crossing Condominium,    c/o Penco Management, Inc.,    P.O. Box 1119,
               Chadds Ford, PA 19317-0658
13853526      +Painters Crossing Condominium Association,    Donald J. Weiss, Esquire,    6 Dickinson Drive,
               Suite 110,    Chadds Ford, PA 19317-9689
13836857      +Painters Crossing Condominiums,    c/o Donald J. Weiss, Esquire,    6 Hilloch Lane,
               Chadds Ford, PA 19317-9704
13836860      +Riddle Memorial Hospital,    1068 West Baltimore Pike,    Attn: Patient Accounting,
               Media, PA 19063-5177
13842764      +Stanley E. Luongo, Jr., Esquire,    Luongo Bellwoar LLP,    213-215 West Miner Street,
               West Chester, PA 19382-2924
13891680      +US Dept of ED/Mohela,    633 Spirit Drive,    Chesterfield, MO 63005-1243
13836861      +WHCGPA Chester County OB GYN,    P.O. Box 843292,    Boston, MA 02284-3292

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Nov 30 2017 01:36:21      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 30 2017 01:35:45
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 30 2017 01:36:18      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 30 2017 01:40:17
               Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
               P.O. Box 165028,    Irving, TX  75016,    UNITED STATES 75016-5028
13836845      +E-mail/Text: bncmail@w-legal.com Nov 30 2017 01:36:11      Altair OH XIII, LLC,
               c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
13836846      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 30 2017 01:40:38
               American InfoSource LP as agent for,    Midland Funding LLC,    P.O. Box 268941,
               Oklahoma City, OK 73126-8941
13836849      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 30 2017 01:40:16
               Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
13848778      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 30 2017 01:40:36
               Capital One Auto Finance, a division of Capital On,    P.O. Box 165028,    Irving, TX 75016-5028
13855409      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 30 2017 01:40:28
               Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
               Arlington, TX 76006-1347
13888828      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 30 2017 01:36:05      Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
13836859       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 30 2017 01:40:37
               Portfolio Recovery Associates, LLC,    P.O. Box 41067,    Norfolk, VA 23541
13910833      +E-mail/Text: blegal@phfa.org Nov 30 2017 01:36:08      Pennsylvania Housing Finance Agency,
               211 North Front Street,    Harrisburg, PA 17101-1406
13836858       E-mail/Text: blegal@phfa.org Nov 30 2017 01:36:08      Pennsylvania Housing Finance Agency,
               HEMAP,    211 North Front Street,    P.O. Box 15206,    Harrisburg, PA 17105-5206
13902839      +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 30 2017 01:36:13      Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                       TOTAL: 14


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Antoinett        Page 2 of 2            Date Rcvd: Nov 29, 2017
                              Form ID: pdf900         Total Noticed: 33
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
          LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          MARC A. ZAID    on behalf of  Marc A Zaid zaidesq@cs.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN    on behalf of Creditor   Painters Crossing Condominium Association
           scottfwaterman@gmail.com,  scottfwaterman@gmail.com
          STANLEY E. LUONGO, JR.    on behalf of Debtor Christina Marie Kahlbom
           stan.luongo@luongobellwoar.com,  nicole.werner@luongobellwoar.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                        TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTINA MARIE KAHLBOM                                  Chapter 13


                        Debtor                Bankruptcy No. 16-18616-AMC


**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this __28th__ day of __November__, 201_7_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
STANLEY E. LUONGO JR
LUONGO BELLWOAR LLP
213-215 WEST MINER ST
WEST CHESTER, PA 19382


Debtor:
CHRISTINA MARIE KAHLBOM

1003 PAINTERS CROSSING

CHADDS FORD, PA 19317